## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: BECTON, DICKINSON | ) | MDL DOCKET NO. _____ |
| AND COMPANY IMPLANTED PORT | ) | |
| CATHETER PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | |
| | ) | |

### MOTION TO TRANSFER ACTIONS PURSUANT TO 28 U.S.C. § 1407
### FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS

Pursuant to 28 U.S.C § 1407 and Rule 6.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiffs Jean Cunningham, Mary Nelk, Dana Beltz, Lori Prentice, Shannon Elwell, Vincent Anderson, Patrice Terry, and Debbie Groves (collectively "Movants")[1] respectfully request transfer and coordination for pretrial purposes of all currently filed cases identified in the Schedule of Actions annexed hereto ("Actions"), as well as any cases subsequently filed involving similar facts or claims ("related actions"), to the United States District Court for the Western District of Missouri.

Movants also contemporaneously submit their Memorandum in Support of this Motion, incorporated herein by reference, setting forth the reasons which support transfer and coordination. For the reasons therein, Movants respectfully request that the Panel transfer the Actions and any additional tag-along actions to the Western District of Missouri.

---

[1] Movants are the named plaintiffs in eight of the first ten cases filed in this matter, which are presently pending in the United States District Courts for the District of New Mexico, Western District of Missouri, District of Arizona, andDistrict of Kansas. See Schedule of Actions.

Respectfully submitted,

Dated: May 24, 2023

/s/ Adam M. Evans
Adam M. Evans
**DICKERSON OXTON, LLC**
1100 Main St., Suite 5550
Kansas City, MO 64105
Telephone: 816-268-1960
Facsimile: 816-268-1965
aevans@dickersonoxton.com
*Counsel for Plaintiffs Jean Cunningham,*
*Vincent Anderson, Patrice Terry*

Stuart N. Ratzan
Kimberly L. Boldt
**RATZAN, WEISSMAN & BOLDT**
2850 Tigertail Avenue, Suite 400
Coconut Grove, FL 33133
Telephone: 855-957-3266
Facsimile: 305-374-6755
stuart@rwblawyers.com
kimberly@rwblawyers.com
*Counsel for Plaintiffs Dana Beltz, Lori Prentice*

Roman Balaban
**BALABAN LAW, LLC**
8055 E. Tufts Ave, Suite 325
Denver, CO 80237
Telephone: (303) 377-3474
Facsimile: (303) 377-3576
balaban@denverfirm.com
*Counsel for Plaintiff Mary Nelk, Shannon Elwell*

Brett A. Emison
Danielle Rogers
**LANGDON & EMISON**
911 Main Street
Lexington, MO 64067
Telephone:(660)259-6175
Facsimile: (660) 259-4571
brett@lelaw.com
danielle@lelaw.com
*Counsel for Plaintiff Debbie Groves*

2