# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| IN RE: BECTON, DICKINSON AND COMPANY IMPLANTED PORT CATHETER PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL DOCKET NO. _____ |
|---|---|---|

## SCHEDULE OF ACTIONS

| CAPTION AND PARTIES | DISTRICT/DIVISION | CASE NUMBER | JUDGE |
|---|---|---|---|
| **Plaintiff**: Kimberly Divelbliss<br><br>**Defendants**: C.R. Bard, Inc., and Bard Access Systems, Inc. | D. New Mexico (Albuquerque) | 1:22-cv-00601 | Judge Dave H. Urias |
| **Plaintiff**: Kriston Kelley<br><br>**Defendants**: Becton, Dickinson and Company; C.R. Bard, Inc.; Bard Access Systems, Inc.; and DOES 1 through 10 | W.D. Missouri (Springfield) | 6:23-cv-03044 | Judge M. Douglas Harpool |
| **Plaintiff**: Patrice Terry<br><br>**Defendants**: Becton, Dickinson and Company; C.R. Bard, Inc.; Bard Access Systems, Inc.; and DOES 1 through 10 | W.D. Missouri (Kansas City) | 4:23-cv-00100 | Chief Judge Beth Phillips |
| **Plaintiff**: Mary Nelk<br><br>**Defendants**: Becton, Dickinson and Company; C.R. Bard, Inc.; Bard Access Systems, Inc.; and DOES 1 through 10 | D. New Jersey (Newark) | 2:23-cv-01173 | Judge Susan D. Wigenton |
| **Plaintiff**: Lori Prentice<br><br>**Defendants**: Becton, Dickinson and Company; C.R. Bard, Inc.; Bard Access Systems, Inc.; and DOES 1 through 10 | D. Arizona (Phoenix) | 2:23-cv-00627 | Magistrate Judge Michael T. Morrissey |
| **Plaintiff**: Dana Beltz<br><br>**Defendants**: Becton, Dickinson and Company; C.R. Bard, Inc.; Bard Access Systems, Inc.; and DOES 1 through 10 | W.D. Missouri (Kansas City) | 4:23-cv-00264 | Chief Judge Beth Phillips |

| **Plaintiff**: Jean Cunningham<br><br>**Defendants**: Becton, Dickinson and Company; C.R. Bard, Inc.; Bard Access Systems, Inc.; and DOES 1 through 10 | W.D. Missouri (Jefferson City) | 2:23-cv-04087 | Judge Brian C. Wimes |
|---|---|---|---|
| **Plaintiff**: Shannon Elwell<br><br>**Defendants**: Becton, Dickinson and Company; C.R. Bard, Inc.; Bard Access Systems, Inc.; and DOES 1 through 10 | D. Kansas (Kansas City) | 2:23-cv-02197 | Judge Julie A. Robinson |
| **Plaintiff**: Vincent Anderson<br><br>**Defendants**: Becton, Dickinson and Company; C.R. Bard, Inc.; Bard Access Systems, Inc.; and DOES 1 through 10 | W.D. Missouri (Kansas City) | 4:23-cv-00316 | Chief Judge Beth Phillips |
| **Plaintiff**: Debbie Groves<br><br>**Defendants**: Bard Access Systems, Inc.; Becton, Dickinson and Company; C.R. Bard, Inc. | W.D. Missouri (St. Joseph) | 5:23-cv-06058 | Judge David G. Kays |

Respectfully submitted,

Dated: May 24, 2023

*/s/ Adam M. Evans*
Adam M. Evans
**DICKERSON OXTON, LLC**
1100 Main St., Suite 5550
Kansas City, MO 64105
Telephone: 816-268-1960
Facsimile: 816-268-1965
aevans@dickersonoxton.com
*Counsel for Plaintiffs Jean Cunningham, Vincent Anderson, Patrice Terry*