## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| **IN RE: BECTON, DICKINSON** | ) | **MDL DOCKET NO. _____** |
| **AND COMPANY IMPLANTED PORT** | ) | |
| **CATHETER PRODUCTS LIABILITY** | ) | |
| **LITIGATION** | ) | |
| | ) | |

## PROOF OF SERVICE

I hereby certify that a copy of the Motion to Transfer, Memorandum in Support, Schedule of Actions and this Certificate of Service was served by First Class Mail or Electronic Mail as indicated below on May 24, 2023, to the following:

### VIA U.S. MAIL

**Clerk, United States District Court**
**District of New Mexico**
Pete V. Domenici United States Courthouse
333 Lomas Blvd NW
Suite 270
Albuquerque, NM 87102

**Clerk, United States District Court**
**Western District of Missouri**
222 N. John Q. Hammons Parkway
Springfield, MO 65806

**Clerk, United States District Court**
**Western District of Missouri**
Charles Evans Whittaker U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106

**Clerk, United States District Court**
**Western District of Missouri**
Christopher S. Bond Court House
80 Lafayette Street, Jefferson City, MO
65101

**Clerk, United States District Court**
**District of New Jersey**
Martin Luther King Building & U.S.
Courthouse
50 Walnut Street
Newark, NJ 07102

**Clerk, United States District Court,**
**District of Arizona**
**Phoenix Division**
Sandra Day O'Connor U.S. Courthouse
Suite 130
401 West Washington Street, SPC 1
Phoenix, AZ 85003-2118

**Clerk, United States District Court**
**District of Kansas**
500 State Avenue
Kansas City, KS 66101

1

***Divelbliss v. Bard Access Systems, Inc. et al.* (D. NM 1:22-cv-00601)**

**VIA ELECTRONIC MAIL**

Charles N. Lakins, Esq.
**LAKINS LAW FIRM, P.C**.
PO Box 91357
Albuquerque, NM 87199
charles@lakinslawfirm.com

*Counsel for Plaintiff Divelbliss, Kimberly*

Edward J. Fanning , Jr.
Christopher Rojao
Ryan Savercool
Wilfred P. Coronato
**MCCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101
efanning@mccarter.com
crojao@mccarter.com
rsavercool@mccarter.com
wcoronato@mccarter.com

Jennifer Kittleson
Alex Cameron Walker
**MODRALL SPERLING ROEHL
HARRIS & SISK PA**
500 4th Street NW, Suite 1000
Albuquerque, NM 87102
jkittleson@modrall.com
awalker@modrall.com

*Counsel for Defendants C.R. Bard, Inc.; Bard
Access Systems, Inc.*

***Kelley v. Becton Dickinson and Company, et al.* (W.D.MO 6:23-cv-03044)**

**VIA ELECTRONIC MAIL**

Nickolas W. Allen
**DOUGLAS, HAUN & HEIDEMANN, P.C.**
901 E. St. Louis St.
Suite 1200
Springfield, MO 65806
nick@dhhlawfirm.com

*Counsel for Plaintiff Kriston Kelley*

Christopher P. Gramling
Robert T. Adams
Cailynn D. Hayter
**SHOOK, HARDY & BACON, LLP**
2555 Grand Boulevard
Kansas City, MO 64108-2613
cgramling@shb.com
rtadams@shb.com
chayter@shb.com

*Counsel for Defendants Becton, Dickinson and Company; C.R. Bard, Inc.; Bard Access Systems, Inc.*

### *Terry v. Becton Dickinson and Company et al.* (W.D.MO 4:23-cv-00100)

**VIA ELECTRONIC MAIL**

Robert T. Adams
**SHOOK, HARDY & BACON, LLP**
2555 Grand Boulevard
Kansas City, MO 64108-2613
rtadams@shb.com

*Counsel for Defendants Becton, Dickinson and Company; C.R. Bard, Inc.; Bard Access Systems, Inc.*

### *Nelk v. Becton Dickinson and Company et al.* (D. NJ 2:23-cv-01173)

**VIA ELECTRONIC MAIL**

Roman Balaban
Sarah Wolter
**BALABAN LAW, LLC**
8055 E. Tufts Ave, Suite 325
Denver, CO 80237
balaban@denverfirm.com
wolter@denverfirm.com

*Counsel for Plaintiffs Mary Nelk*

Edward J. Fanning , Jr.
Christopher Rojao
Ryan Savercool
Wilfred P. Coronato
**MCCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101
efanning@mccarter.com
crojao@mccarter.com
rsavercool@mccarter.com
wcoronato@mccarter.com

*Counsel for Defendants Becton, Dickinson and Company; C.R. Bard, Inc.; Bard Access Systems, Inc.*

### *Prentice v. Becton, Dickinson and Company, et al.* (D. AZ 2:23-cv-00627)
(Counsel has not yet appeared)

**VIA ELECTRONIC MAIL**
Stuart N. Ratzan
Kimberly L. Boldt
**RATZAN, WEISSMAN & BOLDT**

**VIA U.S. MAIL**
**Becton Dickinson and Company**
1 Becton Drive
Franklin Lakes, NJ 07417-1880

2850 Tigertail Avenue, Suite 400
Coconut Grove, FL 33133
stuart@rwblawyers.com
kimberly@rwblawyers.com

*Counsel for Plaintiff Lori Prentice*

**C.R. Bard, Inc.**
1 Becton Drive
Franklin Lakes, NJ 07417-1880

**Bard Access Systems, Inc.**
605 N 5600 W
Salt Lake City, UT, 84116

*Defendants*

**<u>Beltz v. Becton Dickinson and Company et al.</u> (W.D.MO 4:23-cv-00264)**
(Counsel has not yet appeared)

**<u>VIA ELECTRONIC MAIL</u>**
Stuart N. Ratzan
Kimberly L. Boldt
**RATZAN, WEISSMAN & BOLDT**
2850 Tigertail Avenue, Suite 400
Coconut Grove, FL 33133
stuart@rwblawyers.com
kimberly@rwblawyers.com

*Counsel for Plaintiff Lori Prentice*

**<u>VIA U.S. MAIL</u>**
**Becton Dickinson and Company**
1 Becton Drive
Franklin Lakes, NJ 07417-1880

**C.R. Bard, Inc.**
1 Becton Drive
Franklin Lakes, NJ 07417-1880

**Bard Access Systems, Inc.**
605 N 5600 W
Salt Lake City, UT, 84116

*Defendants*

**<u>Elwell v. Becton Dickinson and Company et al.</u> (D. KS 2:23-cv-02197)**
(Counsel has not yet appeared)

**<u>VIA ELECTRONIC MAIL</u>**
Roman Balaban
Sarah Wolter
**BALABAN LAW, LLC**
8055 E. Tufts Ave, Suite 325
Denver, CO 80237
balaban@denverfirm.com
wolter@denverfirm.com

*Counsel for Plaintiffs Shannon Elwell*

**<u>VIA U.S. MAIL</u>**
**Becton Dickinson and Company**
1 Becton Drive
Franklin Lakes, NJ 07417-1880

**C.R. Bard, Inc.**
1 Becton Drive
Franklin Lakes, NJ 07417-1880

**Bard Access Systems, Inc.**
605 N 5600 W
Salt Lake City, UT, 84116

*Defendants*

*__Anderson v. Becton Dickinson and Company et al.__* **(W.D. MO 4:23-cv-00316)**
(Counsel has not yet appeared)

**VIA U.S. MAIL**
**Becton Dickinson and Company**
1 Becton Drive
Franklin Lakes, NJ 07417-1880

**C.R. Bard, Inc.**
1 Becton Drive
Franklin Lakes, NJ 07417-1880

**Bard Access Systems, Inc.**
605 N 5600 W
Salt Lake City, UT, 84116

*Defendants*


*__Groves v. Becton Dickinson and Company et al.__* **(W.D. MO 5:23-cv-06058)**
(Counsel has not yet appeared)

**VIA ELECTRONIC MAIL**
Brett A. Emison
Danielle Rogers
**LANGDON & EMISON**
911 Main Street
Lexington, MO 64067
brett@lelaw.com
danielle@lelaw.com

*Counsel for Plaintiff Debbie Groves*

**VIA U.S. MAIL**
**Becton Dickinson and Company**
1 Becton Drive
Franklin Lakes, NJ 07417-1880

**C.R. Bard, Inc.**
1 Becton Drive
Franklin Lakes, NJ 07417-1880
**Bard Access Systems, Inc.**
605 N 5600 W
Salt Lake City, UT, 84116

*Defendants*


*__Cunningham v. Becton Dickinson and Company et al.__* **(W.D. 2:23-cv-04087)**

**VIA ELECTRONIC MAIL**
Christopher P. Gramling
Robert T. Adams
Cailynn D. Hayter
**SHOOK, HARDY & BACON, LLP**
2555 Grand Boulevard
Kansas City, MO 64108-2613
cgramling@shb.com

rtadams@shb.com
chayter@shb.com

*Counsel for Defendants Becton, Dickinson
and Company; C.R. Bard, Inc.; Bard Access
Systems, Inc.*

Dated this 24th day of May, 2023

                                        */s/ Adam M. Evans*
                                        Adam M. Evans
                                        **DICKERSON OXTON, LLC**
                                        1100 Main St., Suite 2550
                                        Kansas City, MO 64105
                                        Telephone: 816-268-1960
                                        Facsimile: 816-268-1965
                                        aevans@dickersonoxton.com