# Exhibit A

# PowerPort™

## Implantable Port

# Specification Sheet

| | PowerPort™ ClearVUE™ isp Implantable Port | PowerPort™ ClearVUE™ Slim Implantable Port | PowerPort™ isp M.R.I.™ Implantable Port | PowerPort™ M.R.I.™ Implantable Port | PowerPort™ duo M.R.I.™ Implantable Port | PowerPort™ isp Implantable Port | PowerPort™ Slim Implantable Port | PowerPort™ Implantable Port |
|---|---|---|---|---|---|---|---|---|
| |  |  |  |  |  |  |  |  |
| **Port** | | | | | | | | |
| Reservoir Material | Plastic w/ Silicone Overmold | Plastic | Plastic w/ Titanium Markers & Stem | Plastic w/ Titanium Markers & Stem | Plastic w/ Titanium Markers & Stem | Titanium | Titanium | Titanium |
| Profile | Intermediate | Low Profile | Intermediate | Full Size | Intermediate | Intermediate | Low Profile | Full Size |
| Base Diameter (mm) | 29.0 | 28.0 | 29.0 | 32.0 | 29.0 x 39.0 | 30.0 | 28.0 | 32.0 |
| Height (mm) | 11.9 | 10.4 | 11.6 | 13.6 | 12.5 | 11.3 | 9.9 | 13.1 |
| Internal Volume (mL) | 0.6 | 0.4 | 0.6 | 0.6 | 0.6 Each Reservoir | 0.6 | 0.5 | 0.6 |
| Suture Mechanism | Silicone Overmold | Silicone-filled & Non-filled Suture Holes | Silicone-filled & Non-filled Suture Holes | Silicone-filled & Non-filled Suture Holes | Silicone-filled Suture Holes | Silicone-filled & Non-filled Suture Holes | Silicone-filled & Non-filled Suture Holes | Silicone-filled & Non-filled Suture Holes |
| **Septum** | | | | | | | | |
| Bump Configuration | Modified & Smooth | Modified & Smooth | Regular & Modified | Regular | Modified | Regular & Modified | Modified | Regular |
| Diameter (mm) | 13.0 | 8.9 | 13.0 | 13.0 | 13.0 | 13.0 | 8.9 | 12.7 |
| **Puncture** | | | | | | | | |
| 19 Gauge Non-Coring Needle | 208 punctures | 208 punctures | 208 punctures | 208 punctures | 208 punctures | 208 punctures | 208 punctures | 208 punctures |
| **Power Injection Flow Rate** | | | | | | | | |
| 19 Gauge PowerLoc™ Needle | 5 mL/sec | 5 mL/sec | 5 mL/sec | 5 mL/sec | 5 mL/sec | 5 mL/sec | 5 mL/sec | 5 mL/sec |
| 20 Gauge PowerLoc™ Needle | 5 mL/sec | 5 mL/sec | 5 mL/sec | 5 mL/sec | 5 mL/sec | 5 mL/sec | 5 mL/sec | 5 mL/sec |
| 22 Gauge PowerLoc™ Needle | 2 mL/sec | 2 mL/sec | 2 mL/sec | 2 mL/sec | 2 mL/sec | 2 mL/sec | 2 mL/sec | 2 mL/sec |

CONTINUED

BD

# PowerPort™

Implantable Port

| | PowerPort™ ClearVUE™ isp Implantable Port | PowerPort™ ClearVUE™ Slim Implantable Port | PowerPort™ isp M.R.I.™ Implantable Port | PowerPort™ M.R.I.™ Implantable Port | PowerPort™ duo M.R.I.™ Implantable Port | PowerPort™ isp Implantable Port | PowerPort™ Slim Implantable Port | PowerPort™ Implantable Port |
|---|---|---|---|---|---|---|---|---|
| • Catheter Depth Markings Every 1 cm<br>• Gravity Flow Rate > 500 mL/h w/ 19 Gauge Non-Coring Needle<br>• 28-Day Flushing Interval (Except where noted) |  |  |  |  |  |  |  |  |
| **MR Rating** | | | | | | | | |
| Safe/Conditional | MR Safe | MR Safe | MR Conditional | MR Conditional | MR Conditional | MR Conditional | MR Conditional | MR Conditional |
| **Available Catheter Options (Attachable)** | | | | | | | | |
| 6F Polyurethane, 45 cm Length<br>◆ ChronoFlex™ Catheter<br>(1.3 mm I.D.) 0.7 mL volume (0.014 mL/cm) | ◆ | ◆ | ◆ | | | ◆ | | |
| 6F Polyurethane, 60 cm Length<br>◆ ChronoFlex™ Catheter<br>(1.3 mm I.D.) 0.9 mL volume (0.014 mL/cm) | | | | | | | ◆ | |
| 8F Polyurethane, 45 cm Length<br>◆ ChronoFlex™ Catheter<br>(1.6 mm I.D.) 0.9 mL volume (0.02 mL/cm) | ◆ | ◆ | ◆ | ◆ | | ◆ | ◆ | ◆ |
| 9.5F Polyurethane, 45 cm Length<br>◆ ChronoFlex™ Catheter<br>(1.5 mm I.D.) 0.9 mL volume (0.02 mL/cm/Lumen) | | | | | ◆ | | | |
| 8F Silicone, 45 cm Length<br>◆ Groshong™ Catheter<br>90-Day Saline Flushing Interval<br>(1.5 mm I.D.) 0.9 mL volume (0.02 mL/cm) | | | ◆ | ◆ | | ◆ | ◆ | ◆ |
| 9.6F Silicone, 45 cm Length<br>◆ Hickman™ Catheter<br>(1.6 mm I.D.) 0.9 mL volume (0.02 mL/cm) | | | ◆ | ◆ | | | | ◆ |
| **Kit Configuration** | | | | | | | | |
| Intermediate/Microintroducer | Intermediate & Microintroducer | Intermediate & Microintroducer | Intermediate & Microintroducer | Intermediate & Microintroducer | Intermediate & Microintroducer | Intermediate & Microintroducer | Intermediate & Microintroducer | Intermediate & Microintroducer |

PowerPort™ Implantable Port

**Indications for Use:** The PowerPort™ Implantable Port is indicated for patient therapies requiring repeated access to the vascular system. The port system can be used for infusion of medications, I.V. fluids, parenteral nutrition solutions, blood products, and for the withdrawal of blood samples. When used with a PowerLoc™ Brand Safety Infusion Set, the PowerPort™ device is indicated for power injection of contrast media. For power injection of contrast media, the maximum recommended rate is 5 mL/s.

**Contraindications:** This device is contraindicated for: · Catheter insertion in the subclavian vein medial to the border of the first rib, an area which is associated with higher rates of pinch-off. Port may be placed in lateral subclavian vein based on evaluation by a qualified practitioner. · When the presence of device-related infection, bacteremia, or septicemia is known or suspected. · When the patient's body size is insufficient for the size of the implanted device. · When the patient is known or is suspected to be allergic to materials contained in the device. The device is primarily comprised of silicone, polyacetal, polyetheretherketone, and/or titanium · If severe chronic obstructive lung disease exists. · If the prospective insertion site has been previously irradiated. · If the prospective placement site has previously suffered episodes of venous thrombosis or vascular surgical procedures. · If local tissue factors will prevent proper device stabilization and/or access.

**Warnings:** · Avoid vessel perforation · Do not power inject through a port system that exhibits signs of clavicle-first reib compression or pinch-off as it may result in port system failure · PowerPort™ Implantable Ports are only power injectable when accessed with a PowerLoc™ Brand Safety Infusion Set. · Failure to ensure patency of the catheter prior to power injection studies may result in port system failure · Exceeding maximum flow rate may result in port system failure and/or catheter tip displacement · PowerPort™ implantable port indication for power injection of contrast media implies the port's ability to withstand the procedure, but it does not imply appropriateness of the procedure for a particular patient nor for a particular infusion set. A suitably trained clinician is responsible for evaluating the health status of a patient as it pertains to a power injection procedure and for evaluating the suitability of any infusion set used to access the port. · Do not exceed a 300 psi pressure limit setting on the power injection machine, or the maximum recommended flow rate on the PowerLoc™ needle, if power injecting through the PowerPort™ implantable port. · If local pain, swelling or signs of extravasation are noted during power injection, the injection should be stopped immediately. Do not use a syringe smaller than 10ml to access the port. Flushing occluded catheters with small syringes can create excessive pressure within the port system.

**Precautions:** · Check patient's records, and ask patient, whether they have any known allergies to chemicals or materials that will be used during the placement procedure. · Fill (prime) the device with sterile normal saline solution to help avoid air embolism. · Carefully follow the connection technique given in the IFU to ensure proper catheter connection and to avoid catheter damage. · Care should be taken to avoid excessive force when accessing an implanted port.

**Potential Adverse Reactions:** · Air Embolism, Device rotation or extrusion, Allergic reactions, Extravasation, Catheter or port erosion through the skin, and Fibrin sheath formation

**Please consult product labels and inserts for any indications, contraindications, hazards, warnings and precautions, and directions for use.**

For technical inquiries, contact the BD Clinical Information Hotline at 800 555 7422.

© 2021 BD and subsidiary. All rights reserved. Unless otherwise noted, BD, the BD Logo and all other trademarks are property of Becton, Dickinson and Company. Copyright © 2021. All Rights Reserved. ChronoFlex is a trademark and/or registered trademark of AdvanSource Biomaterials Corp.

www.bd.com | 1 800 321 4254 | 1625 W. 3rd Street Tempe, AZ 85281
BD-32067

MR Safe   MR Conditional: 3000 Gauss/cm

BD