**UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**



# Notice of Related Actions from District Court

Date Received:    7/27/2023

JPML has been notified of the attached actions for inclusion in this MDL

Number of Actions:    1

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL